# EXHIBIT 2

| | |
|---|---|
| **From:** | Jacobs, George J. (USAGAS) |
| **To:** | Scott R. Grubman; Rhodes, Patricia (USAGAS) |
| **Subject:** | RE: Tamara Escudero and Tony Oloans |
| **Date:** | Tuesday, May 7, 2024 4:37:37 PM |
| **Attachments:** | image001.png |

Dear Mr. Grubman, thank you for your email.  Ms. Escudero is released from the grand jury subpoena.



**George J.C. Jacobs, III**
**Assistant United States Attorney**
**United States Attorney's Office**
**Southern District of Georgia**
600 James Brown Boulevard | Suite 200
P.O. Box 2017 | Augusta GA 30903
Tel 706-724-0517 | Fax 706-724-7728
Cell 706-208-7448
Email George.j.c.jacobs@usdoj.gov

---

**From:** Scott R. Grubman <SGrubman@cglawfirm.com>
**Sent:** Monday, May 6, 2024 5:06 PM
**To:** Rhodes, Patricia (USAGAS) <prhodes@usa.doj.gov>; Jacobs, George J. (USAGAS) <GJacobs@usa.doj.gov>
**Subject:** [EXTERNAL] Tamara Escudero and Tony Oloans

Tricia and George,

Good evening.  Please see attached, per your request.  As discussed, Ms. Escudero intends to decline to answer any of the grand jury's questions, on the 5th Amendment and spousal privilege grounds.  Accordingly, we ask that you accept this advanced notice of privilege invocation and release Ms. Escudero from her grand jury subpoena.  Please confirm you agree to do so, and please let me know if you have any questions or would like to discuss further.

Best,

**Scott R. Grubman**
Chilivis Grubman
404.262.6505 | sgrubman@cglawfirm.com | bio