# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# CLERKS MINUTES - CIVIL

| | |
|---|---|
| **CASE NO.** 4:24-cv-92 | **DATE:** 01-27-2025 |
| **TITLE:** United States of America v. Alliance Park, LLC, et al. | |

**HONORABLE R. STAN BAKER**  **COURTROOM DEPUTY CLERK:** Pam Hammock

**COURT REPORTER**: Kelly McKee

| TAPE NO. RSB-CHMB | TIME: 2:40 – 3:20 | TOTAL: 00:40 |
|---|---|---|
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEY FOR** | **DEFENDANTS** |
| Brad Patrick | Scott Grubman | Alliance Park, LLC, Brickyard Place LLC, Deerwood Point LLC, Honey Park LLC, Mariah Marie LLC, Union GL Park LLC, Governors Management LLC, The Prudential Realty LLC, Centex Management LLC |

## HEARING ON PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE, doc. 5

- Court hears from parties on USA's motion for order to show cause.

- Court hears from Patrick for USA.

- Court hears from Grubman for Defendants. Defendants request ex parte hearing and Grubman provides argument for same.

- Court hears from Patrick for USA.

- Court grants Defendants' ex parte request. Plaintiff's counsel excused from courtroom and record of hearing closed to only Court and Defendants.

- Court hears ex parte from Grubman for Defendants.   (3:00 – 3:15)

- Patrick for USA returns to courtroom and record of hearing open to public.

- Court finds will not appoint a representative at this time. Counsel for Defendants directed to consult client representative(s) to gather responses and documentation discussed during the hearing to truly determine the existence of any documents. The Court will schedule a phone status conference with the parties in a couple weeks to follow up.

- With nothing further from counsel on the case, hearing is adjourned.