AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:24-cv-92

ALLIANCE PARK LLC; BRICKYARD PLACE LLC; CENTEX MANAGEMENT, LLC; DEERWOOD POINT LLC; HONEY PARK LLC; MARIAH MARIE LLC; UNION GL PARK LLC; GOVERNORS MANAGEMENT LLC; and THE PRUDENTIAL REALTY LLC;

Respondents.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated March 11, 2025, the Petition is hereby granted. Thus, the Government's Motion to Show cause is denied as moot and this case case stands closed.



03/11/2025
Date

John E. Triplett, Clerk of Court
Clerk

*Jamie Hodge*
(By) Deputy Clerk

GAS Rev 10/2020